SUSQUEHANNA STEAMSHIP COMPANY, INC., Respondent,
*v. A. O. ANDERSEN & COMPANY, INC., Appellant.

*Contract — ships and shipping — action to recover hire of steamship under contract whereby defendant agreed to make payment in consideration of assignment of charter party.*

*Susquehanna S. S. Co., Inc.,* v. *Andersen & Co., Inc.,* 220 App. Div. 777, affirmed.

(Argued June 12, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 24, 1927, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon an alleged contract whereby defendant in consideration of the assignment of the charter party of a steamship promised as an original obligor to make payments of the hire. (See 239 N. Y. 285.)

*John A. McManus* and *Kenneth R. Thompson* for appellant.

*Alvin C. Cass* for respondent.

*Edward H. Wilson* and *John J. Kean* for Guissippina Parascandola, as administratrix with the will annexed of the estate of Joseph Auditore, deceased, *amicus curiæ*.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.